IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 92-12 GMS |
| | : |
| BOLA ADELE AWONIRAN | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a revocation hearing regarding the above-captioned defendant is scheduled for **Tuesday, October 2, 2007, at 2:15 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 28, 2007